# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST SHEET METAL WORKERS ORGANIZATIONAL TRUST et al., <br><br> Plaintiffs, <br><br> v. <br><br> CONTROL CONNECTIONS, INC. d/b/a COIL TECH, <br><br> Defendant. | CASE NO. C07-2053RSM <br><br> **AGREED ORDER OF JUDGMENT** |

Based upon the stipulation of the parties through their respective counsel, filed with the Court

IT IS HEREBY ORDERED that plaintiffs shall be entitled to a judgment against defendant Control Connections, Inc., as follows:

1. Eighty-Three Thousand Seven Hundred Eighty-One and 27/100 Dollars ($83,781.27) in employee benefit contributions due for the period August 2007 through January 2008, inclusive, with interest at the rate of 12% per annum until paid;

AGREED ORDER OF JUDGMENT – C07-2053RSM - 1

LAW OFFICES OF
ROBBLEE BRENNAN & DETWILER
--------------------------------
2101 FOURTH AVENUE, SUITE 200
SEATTLE, WA 98121
(206) 467.6700·· FAX (206) 467-7589

2. Fifteen Thousand, Four Hundred, Seventy-four and 03/100 Dollars ($15,474.03) in liquidated damages for the period August 2007 through January 2008, inclusive, with interest at the rate 2.1% per annum until paid;

3. Two Thousand, Six Hundred, Eight and 98/100 Dollars ($2,608.98) in interest through March 11, 2008 on August 2007 through January 2008 contributions, with interest at the rate of 2.1% per annum until paid; and

4. One Thousand, Twenty-four and 00/100 Dollars ($1,024.00) in attorneys' fees and costs, with interest at the rate of 2.1% per annum until paid.

DATED this _19_ day of March 2008

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Mark E. Brennan
WSBA No. 8389
Attorney for Plaintiffs
Robblee Brennan & Detwiler
2101 Fourth Ave, Suite 200
Seattle, WA 98121
Telephone: (206) 467-6700
Fax: (206) 467-7589
E-mail: mbrennan@unionattorneysnw.com

Agreed as to form;
Notice of Presentation Waived:

s/ Klaus O. Snyder
WSBA No. 16195
Attorney for Defendant
Snyder Law Firm LLC
920 Alder, Suite 201
Sumner, WA 98390-1406
Telephone: (253) 863-2889
Fax: (253) 863-1483
E-mail: ksnyder@sumnerlawcenter.com

AGREED ORDER OF JUDGMENT – C07-2053RSM - 2